IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

PERRY L. McGOWAN, JR.                                                    PLAINTIFF

v.                           No. 3:20-cv-38-DPM

OLLIE COLLANS, Chief,
Osceola Police Department;
JERRY HAMILTON, Sergeant
CID Commander, Osceola Police
Department; CHRISTOPHER
VAUGHN, Reporting Officer,
Osceola Police Department; and
RONNIE WILLIAMS, Clearing
Officer, Osceola Police Department                                      DEFENDANTS

## ORDER

The time to reopen the case has passed. *Doc. 7.* The Court lifts the stay and will dismiss the case without prejudice for failure to prosecute.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

2 May 2023