# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

PERRY L. McGOWAN, JR.                                              PLAINTIFF

v.                         No. 3:20-cv-38-DPM

OLLIE COLLANS, Chief,
Osceola Police Department;
JERRY HAMILTON, Sergeant
CID Commander, Osceola Police
Department; CHRISTOPHER
VAUGHN, Reporting Officer,
Osceola Police Department; and
RONNIE WILLIAMS, Clearing
Officer, Osceola Police Department                  DEFENDANTS

## JUDGMENT

McGowan's complaint is dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

2 May 2023